IN THE SUPREME COURT OF NORTH CAROLINA

No. 393PA21

Filed 20 October 2023

STATE OF NORTH CAROLINA

v.

ROGER ARTHUR, JR.

On discretionary review pursuant to N.C.G.S. § 7A-31 of an unanimous, unpublished decision of the Court of Appeals, *State v. Arthur*, 863 S.E.2d 327, 2021 WL 4535680 (N.C. Ct. App. 2021), holding no error in judgments entered on 31 October 2019 by Judge Joshua W. Willey Jr. in Superior Court, New Hanover County. Heard in the Supreme Court on 19 September 2023.

*Joshua H. Stein, Attorney General, by Heidi M. Williams, Assistant Attorney General, for the State-appellee.*

*Anne Bleyman for defendant-appellant.*

PER CURIAM.

Having carefully considered the opinion of the Court of Appeals, the record and briefs, and the oral arguments before us, we conclude that defendant's petition for discretionary review was improvidently allowed by order on 17 August 2022.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.